UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS FIGUEROA, | * |
| Petitioner, | * |
| v. | * Civil Action No. 14-cv-10320-IT |
| MICHAEL CORSINI, | * |
| Respondent. | * |

ORDER

January 6, 2015

TALWANI, D.J.

On November 26, 2014, Petitioner filed a Motion to Dismiss [#26], in which he sought to voluntarily dismiss his 28 U.S.C. § 2254 petition without prejudice. Respondent has not filed an opposition or otherwise demonstrated that he will suffer prejudice if the petition is dismissed without prejudice at this time. Accordingly, this court hereby orders that:

1. Petitioner's Motion to Dismiss [#26] is GRANTED.

2. The Petition [#1] is dismissed without prejudice.

3. Respondent's Motion to Dismiss [#11] is DENIED as MOOT.

THIS CASE IS CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge